AO 93 (Rev. 5/85) Search Warrant

# United States District Court

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

2006 Ford Ranger Truck
California License Plate No. LTLMOOS
VIN: 1FTYR14U16PA20933

**SEARCH WARRANT**

CASE NUMBER: '08 MJ 0151

TO: <u>Leslie Y. Gorman, Special Agent, EPA</u>  and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ Special Agent Leslie Y. Gorman _____ who has reason to
                                                                Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment "A" (incorporated herein).

in the _____ Southern District of California _____ there is now concealed a certain person or property, namely (describe the person or property)

See Attachment "B" (incorporated herein).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ *1-26-08* _____
                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ Nita L. Stormes _____
as required by law.                                                                U.S. Judge or Magistrate

*1-16-08* _____ at _____ *San Diego, CA* _____
Date and Time Issued                                                   City and State

Nita L. Stormes, U.S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>01/16/08 | DATE AND TIME WARRANT EXECUTED<br>01/17/08  11:15am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>David Grummer |
| INVENTORY MADE IN THE PRESENCE OF<br>David Grummer | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached form, 2 pages

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subcribed, sworn to, and returned before me this date.

_[signature]_   1-18-08
U.S. Judge or Magistrate      Date

## ATTACHMENT A

The premises to be searched is a blue/purple 2006 Ford Ranger bearing California license plate "LTLMOOS" and Vehicle Identification Number "1FTYR14U16PA20933".

## ATTACHMENT B

Evidence to be seized includes the following:

1. Containers of CFC R-12 or other Class I ozone depleting chemicals.

2. Containers of unregistered pesticides.

3. Any commercial quantity of hazardous materials reasonably identifiable as being not for personal use.

4. The following records for the period from April, 2005, through the present:

   a. records relating to the purchase, sale, transfer, storage, inventory, distribution, and shipment of CFCs and unregistered pesticides, including DDT and chlordane;

   b. purchase orders, packing lists, invoices, bills of lading, receipts, electronic mail, PayPal records, and other records related to the shipping of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

   c. correspondence, facsimiles, records of telephone conversations relating to the sale, and distribution of CFCs, including CFC-12, and unregistered pesticides, including DDT and chlordane;

   d. records identifying the buyer, recipient, seller, shipper and/or broker of CFCs, and unregistered pesticides;

   e. financial records, including ledgers, records of wire transfers, bank statements and cancelled checks, indicating the transfer of funds relating to purchases, sales and shipment of CFCs and unregistered pesticides;

   f. telephone books, day planners, rolodexes, business cards and other documents identifying persons doing business with David Grummer;

   g. copies of CAA Section 609 Certifications for purchasers of CFCs;

   h. David Grummer's hazardous materials training records, including training records regarding the shipment of hazardous materials;

   I. records related to the storage of CFCs and unregistered pesticides, including records of the date of accumulation of the hazardous materials;

   j. records related to the transportation of hazardous materials by David Grummer;

      k.    records related to the purchase, sale, shipment, transportation, and storage of hazardous materials by David Grummer for commercial purposes;

      l.    records, notes, lists, memorandums, or other media showing user names, account names, passwords, personal identification numbers that are related to the access of electronically stored data;

      m.    all records related to communications between David Grummer and/or Free Electronics Disposal, and Federal Express and other interstate commercial transporters, including invoices, billing statements, delivery records, shipping records, and records of payment;

      n.    records related to federal rules and regulations applicable to the shipment or transportation of hazardous materials, including brochures, pamphlets, industry publications, guidance letters, information printed from internet websites and training materials;

      o.    records indicating the method and means that David Grummer obtained the unregistered pesticides and CFCs, including intake records, electronic mail, correspondence, facsimiles, records of telephone conversations and records of accumulated storage time;

      p.    hazardous waste manifests and other records of the transportation, storage and disposal of hazardous waste by David Grummer;

      q.    records of offers to sell and distribute for sale CFCs and unregistered pesticides over the internet, including but not limited to eBay, Agriseek and other postings, and records of payment for such transactions, including but not limited to PayPal records and records of wire transactions.

(8-11-94)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 249SD-69562

On (date) 1/17/08

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) DAVID Grummer (TRUCK) (Truck)
(Street Address) 9369 Dowdy Dr Suite G
(City) San Diego, CA

Description of Item(s):
- Ruby's Oceanside Pier receipt w/ "John Paul" Contact information handwritten on Back
- Misc Business cards
- Deposit ticket for David Grummer
- (1) one Fed-ex receipt
- (1) one Certificate for training
- (1) one fed-ex shipping receipt to Sharon Walter
- ~~one cw~~ cw MS Electronics Recycling, Inc Purchase Ticket, Scale + Receiving Tickets

Received By: Left in Vehicle (Signature) cw

Received From: Chas W. Ch____ (Signature)
SA Charles Chubalto (FBI)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 249-SD-69562

On (date) 1/17/08

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) David Grummer (Truck)
(Street Address) 9369 Dowdy Dr Suite G
(City) San Diego, CA

Description of Item(s): (3) Three cans 14oz SERCON Ref. 12 Dichlorodifluoromethane
(2) Cans 12oz 16-20 Dupont Freon 12 Dichlorodifluoromethane
(3) Three cans (12oz) CHARGETTE Ref. 12 Dichlorodifluoromethane
(1) One Can SERCON (14oz) Ref. 12 Dichlorodifluoromethane
(1) One Can (14oz) Interdynamic Ref. 12 Dichlorodifluoromethane
(1) One Can (12oz) Interdynamic Ref. 12 Dichlorodifluoromethane

Received By: Left in Vehicle
(Signature)

Received From: 
(Signature)